# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IDEARC MEDIA, LLC<br><br>              Plaintiff,<br><br>v.<br><br>DAVID JAY GLASSMAN,<br><br>              Defendant. | CIVIL ACTION<br><br>No. 10-01216 |

## **ORDER**

**AND NOW**, this 14 day of February, 2011, it is hereby **ORDERED** as follows:

On April 5, 2010 defendant David Jay Glassman filed a motion to dismiss plaintiff Idearc Media, LLC's complaint. Docket No. 3. Having considered the parties' briefs, including the supplemental briefing ordered by this court, it is hereby ORDERED that, for the reasons stated in the accompanying memorandum, the motion to dismiss is DENIED.

                                              BY THE COURT:

                                              /s/ Louis H. Pollak
                                              Pollak, J.